IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

HOMESIDE LENDING, INC.,          )
                                 )
        Plaintiff,               )
                                 )      Case No.
vs.                              )      **04 11016 JLT**
                                 )
PAMELA M. AVIS,                  )
RAYMOND F. AVIS,                 )      Formerly
PHILIP D. SEWELL,                )      Case No. MICV-2004-01016
CONSTANCE SEWELL,                )      Middlesex County Superior Ct.
SALLY S. SAVAGE,                 )
ST. MARY'S CREDIT UNION,         )
MR PROPERTY MANAGEMENT, INC.,    )
COMMONWEALTH OF                  )
MASSACHUSETTS DEPARTMENT         )
OF REVENUE and                   )
INTERNAL REVENUE SERVICE,        )
                                 )
        Defendants.              )

UNITED STATES' NOTICE OF APPEARANCE

Please enter the appearance of Stephen J. Turanchik, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, as attorney for the United States in the above-referenced proceeding.

In addition to undersigned counsel, please provide copies of all pleadings to Barbara Healy Smith, Assistant United States Attorney, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

_20 May 2004_

_Barbara Healy Smith_
Assistant U.S. Attorney

_[signature]_
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565
stephen.j.turanchik@usdoj.gov