IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOMESIDE LENDING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. |
| ) | |
| PAMELA M. AVIS, ) | 04 11016 JLT |
| RAYMOND F. AVIS, ) | |
| PHILIP D. SEWELL, ) | |
| CONSTANCE SEWELL, ) | |
| SALLY S. SAVAGE, ) | |
| ST. MARY'S CREDIT UNION, ) | Formerly |
| MR PROPERTY MANAGEMENT, INC., ) | Case No. MICV-2004-01016 |
| COMMONWEALTH OF ) | Middlesex County Superior Ct. |
| MASSACHUSETTS DEPARTMENT ) | |
| OF REVENUE and ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the defendant, United States of America (Internal Revenue Service). Attorney Stephen J. Turanchik will remain as lead counsel for the defendant in the above-captioned matter.

*Barbara Healy Smith*
Barbara Healy Smith
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

5-20-2004
*Barbara Healy Smith*
Assistant U.S. Attorney