UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOMESIDE LENDING, INC., )<br>Plaintiffs )<br>v. )<br> )<br>PAMELA M. AVIS, RAYMOND F. AVIS, )<br>PHILIP D. SEWALL, CONSTANCE SEWALL, )<br>SALLY S. SAVAGE, ST. MARY'S )<br>CREDIT UNION, MR PROPERTY )<br>MANAGEMENT, INC., MASSACHUSETTS )<br>DEPARTMENT OF REVENUE AND THE )<br>INTERNAL REVENUE SERVICE, )<br>Defendants )<br>) | CIVIL ACTION NO. 04-11016-JLT<br><br>(Formerly Middlesex District Court<br>of Massachusetts Civil Action No.<br>2004-01016-C) |

## DISCLAIMER OF INTEREST

The Commonwealth of Massachusetts Commissioner of Revenue disclaims any interest in the above-captioned action but maintains the Commonwealth's right to pursue any actions it might have against the defendants.

                                  Respectfully submitted,

                                  ALAN LEBOVIDGE
                                  COMMISSIONER OF REVENUE

                                  By his attorneys

                                  THOMAS F. REILLY
                                  MASSACHUSETTS ATTORNEY GENERAL

                                  */s/ Eileen Ryan McAuliffe*
                                  Eileen Ryan McAuliffe, BBO# 435260
                                  Counsel for the Commissioner
                                  Department of Revenue
                                  Litigation Bureau, 7th Floor
                                  P.O. Box 9565
                                  100 Cambridge Street
                                  Boston, Massachusetts 02114

Dated: June 15, 2004                (617) 626-3217
175585

## CERTIFICATE OF SERVICE

I, Eileen Ryan McAuliffe, hereby certify that I have served the within Massachusetts Commissioner of Revenue's Notice of Disclaimer by mailing copies of the same, first class mail, postage prepaid, to

Randy J. Spencer, Esq.
Barron & Stadfeld, P.C.
50 Staniford Street
Boston, MA  02114

Attorney Stephen Turanchik
U. S. Department of Justice
Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

*[signature]*
**Eileen Ryan McAuliffe**

**DATED:  June 15, 2004**
175585 ERM