UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11016 JLT

|  |  |
|---|---|
| HOMESIDE LENDING, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| PAMELA M. AVIS, RAYMOND F. AVIS, PHILIP D. SEWELL, CONSTANCE SEWELL, SALLY S. SAVAGE, ST. MARY'S CREDIT UNION, MR PROPERTY MANAGEMENT, INC., COMMONWEALTH OF MASSSACHUSETTS DEPARTMENT OF REVENUE and THE INTERNAL REVENUE SERVICE, | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO MAKE
DEPOSIT IN COURT AND FOR
<u>AWARD OF ATTORNEY'S FEES AND COSTS</u>**

NOW COMES the Plaintiff, Homeside Lending, Inc. ("Homeside"), and hereby moves the court, pursuant to Rule 67 of the Federal Rules of Civil Procedure, for leave to deposit with the court the sum of $20,809.76 and for an award of fees and costs in the amount of $3,272.12 in the above-captioned action. As reasons therefor, Homeside states the following:

1. This is an action in interpleader to determine whether the defendants have rights or priorities to the surplus funds resulting from a foreclosure auction sale. The

plaintiff has no interest in said surplus of $24,081.88, except to pay it to the party rightfully entitled thereto.

2. On or about October 30, 2003, Homeside foreclosed on a first mortgage on a parcel of real property located and known as 6 Hardy Street, Framingham, Middlesex County, Massachusetts (the "Real Property"). The Real Property was sold at a foreclosure auction for the sum of $338,000.00 producing a surplus above the first mortgage in the sum of $24,081.88. Said surplus is being held by Barron & Stadfeld, P.C. in escrow.

3. On or about March 11, 2004, Barron & Stadfeld, P.C. filed the above-captioned interpleader action on behalf of Homeside.

4. The attorney's fees for the services provided by Barron & Stadfeld, P.C. in relation to the above-captioned action as of July 16, 2004 are in the amount of $1,904.00 and the expenses, including the filing fee, costs of summons and constable's fees, are $768.12.

5. Barron & Stadfeld, P.C. anticipates providing an additional $600.00 in attorneys' services from July 16, 2004 through the hearing of this motion.

6. Barron & Stadfeld, P.C. is entitled to an award from the surplus proceeds for the fees incurred in preparing and prosecuting this interpleader action. See: 3A Moore's Federal Practice §22.16[2].

7. Barron & Stadfeld, P.C. has received no compensation or reimbursement for its fees and costs in this matter from any source.

In support of this motion, Bank has submitted herewith the Affidavit of Randy J. Spencer.

WHEREFORE, Homeside Lending, Inc. moves this Court for an Order awarding the plaintiff the amount of $3,272.12 for legal fees and costs from the surplus proceeds and further ordering that, after payment of that amount, the plaintiff be permitted to deposit with the court said sum of $20,809.76 ($24,081.88 less $3,272.12 in legal fees and costs) and that, upon such deposit being made, that the plaintiff be discharged from liability as to such sum to the defendants.

Respectfully submitted,<br>
Homeside Lending, Inc.,<br>
By its attorneys,<br>
<br>
_____<br>
Randy J. Spencer, Esq.<br>
BBO #653879<br>
Barron & Stadfeld, P.C.<br>
50 Staniford Street<br>
Boston, MA 02114

Dated: July 20, 2004

### CERTIFICATE AS TO COMPLIANCE WITH LOCAL RULE 7.1

On Tuesday, July 13, 2004, I, Randy J. Spencer, counsel for Plaintiff, contacted counsel for each Defendant indicating my intent to file a Motion for Deposit into Court and an Award of Attorneys' Fees and Costs. The following is a summary of the communication:

Internal Revenue Service – will not oppose but will respond to the motion;
Commonwealth of Massachusetts, Department of Revenue – no response;
MR Property Management, Inc. – will not oppose;
St. Mary's Credit Union – no response;
Sally S. Savage – no response;
Philip D. Sewell – will not oppose;
Constance Sewell – will not oppose; and
Pamela and Raymond Avis – failed to file an Answer to Complaint.

## CERTIFICATE OF SERVICE

    I, Randy J. Spencer, hereby certify that on July 20, 2004, I served a copy of the foregoing by mailing a copy first class mail, postage prepaid to David E. Silverman, Esq., Silverman & Esposito, 264 Main Street, P.O. Box 245, Oxford, MA 01540, Robert G. Cohen, Esq., 188 Oaks Road, Framingham, MA 01702, Mark S. Tilden, Esq., 600 Worcester Road, #504, Framingham, MA 01701, Eileen Ryan McAuliffe, Esq., Department of Revenue, Litigation Bureau, 7th Floor, P.O. Box 9565, 100 Cambridge Street, Boston, MA 02114-9565, Roland L. Milliard, Esq. 1470 Lakeview Avenue, Suite 5, Dracut, MA 01826, Internal Revenue Service, Special Procedures, P.O. Box 9112, Stop 20800, JFK Post Office, Boston, MA 02202, Pamela M. Avis, 6 Hardy Street, Framingham, MA 01701, Pamela Avis, 350 Main Street, Spencer, MA 01562, Raymond F. Avis, 6 Hardy Street, Framingham, MA 01701 and Raymond F. Avis, 350 Main Street, Spencer, MA 01562.

                                                          Randy J. Spencer

297679

**BARRON & STADFELD PC**
ATTORNEYS

DIRECT DIAL  (617) 531-6590

E-MAIL  rjs@barronstad.com

100 CAMBRIDGE STREET SUITE 1310
BOSTON, MASSACHUSETTS 02114

(617) 723-9800
FAX (617) 523-8359
WWW.BARRONSTAD.COM

July 20, 2004

Clerk of the Court
Civil Business
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

Re:  Homeside Lending, Inc. vs. Pamela M. Avis, et al.
United States District Court, District of Massachusetts
C.A. No. 04-11016 JLT
Our File No. 18002-205-3

Dear Sir/Madam:

Enclosed for filing please find an original and one copy of the following:

1. Motion for Leave to Make Deposit in court and for Award of Attorney's Fees; and
2. Affidavit of Randy J. Spencer.

Kindly date stamp the enclosed copies and return them in the postage prepaid envelope provided herein.

Thank you for your cooperation with this matter.

Sincerely,

BARRON & STADFELD, P.C.

Randy J. Spencer

RJS/sli
Enclosures
297713