UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11016 JLT

| | |
|---|---|
| HOMESIDE LENDING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PAMELA M. AVIS, RAYMOND F. AVIS, PHILIP D. SEWELL, CONSTANCE SEWELL, SALLY S. SAVAGE, ST. MARY'S CREDIT UNION, MR PROPERTY MANAGEMENT, INC., COMMONWEALTH OF MASSSACHUSETTS DEPARTMENT OF REVENUE and THE INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF RANDY J. SPENCER

I, Randy J. Spencer, under oath duly depose and say the following:

1. I am an associate with the law firm of Barron & Stadfeld, P.C., which represents the plaintiff, Homeside Lending, Inc., in the above-captioned interpleader action.

2. A true and accurate copy of a billing memorandum has been annexed hereto, which was produced from Barron & Stadfeld, P.C.'s business records and which was created contemporaneously with the transactions in question and maintained in the regular course of business.

3. The attorneys' fees for the services rendered by Barron & Stadfeld, P.C. in connection with the above-captioned interpleader action as of May 4, 2004 are in the amount of $1,904.00, as shown in the attached billing memorandum. In addition, Barron & Stadfeld, P.C. has incurred costs, including the filing fee, costs of summons and constable's fees, of $768.12. Barron & Stadfeld, P.C. anticipates providing an additional $600.00 in services to the plaintiff in this matter.

4. Barron & Stadfeld, P.C. has received no compensation or reimbursement for the above fees and expenses from any source.

Signed under the penalties of perjury this 20th day of July, 2004.

Randy J. Spencer

297682

Date 07/16/04                     BARRON & STADFELD, P.C. - Barron & Stadfeld                     Page 8
                                               Billing Memorandum
                                                  Thru 07/16/04

**Client** 018002 WASHINGTON MUTUAL BANK SBM TO HOMESIDE    **Billing Attorney**      0085 JULIE T. MORAN
**Matter** 002053 INTERPLEADER-6 HARDY ST., FRAMINGHAM       **Originating Attorney**  0085 JULIE T. MORAN
              (AVIS)                                          **Responsible Attorney**  0246 RANDY J. SPENCER

WASHINGTON MUTUAL BANK, FA
7301 BAYMEADOWS WAY
JACKSONVILLE, FL 32256

**** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
|---|---|---|---|---|---|
| 03/09/04 | 0246 RANDY J. SPENCER | 2.00 | 160 | 320.00 | REVIEW FILE IN PREPARATION FOR INTERPLEADER |
| 03/09/04 | 0246 RANDY J. SPENCER | 0.60 | 160 | 96.00 | DRAFT INTERPLEADER COMPLAINT |
| 03/10/04 | 0246 RANDY J. SPENCER | 0.70 | 160 | 112.00 | FINALIZE DRAFTING OF COMPLAINT |
| 03/25/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | REVIEW FILE FOR STATUS OF MATTER |
| 03/31/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | RECEIVE AND REVIEW ANSWER OF ST. MARY'S CREDIT UNION |
|  | Total For Month | 3.70 |  | 592.00 |  |
| 04/01/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | FILING LETTER TO COURT REGARDING RETURN OF SERVICE TO MR PROPERTY |
| 04/02/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW RETURN OF SERVICE TO COURT |
| 04/05/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL FROM PAM AVIS REGARDING SUMMONS |
| 04/05/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | TELEPHONE CALL TO PAM AVIS REGARDING SUMMONS |
| 04/05/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW RETURN OF SERVICE TO SAVAGE |
| 04/05/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW LETTER FROM DEPARTMENT OF TREASURY |
| 04/08/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW RETURN OF SERVICE (ST. MARY CREDIT UNION) FILED WITH COURT |
| 04/08/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | RECEIVE AND REVIEW ANSWER OF DEFENDANT, SALLY SAVAGE |
| 04/08/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW RETURN OF SERVICE (MR PROPERTY MANAGEMENT) FILED WITH COURT |
| 04/09/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW RETURN OF SUMMONS TO IRS |
| 04/12/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | RECEIVE AND REVIEW ANSWER FROM MR PROPERTY MANAGEMENT |
| 04/13/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL FROM JOHN CARROLL (IRS) REGARDING LIENS |
| 04/13/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | REVIEW FILE FOR DEFENDANT'S LIEN INFORMATION |
| 04/13/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO JOHN CARROLL (IRS) REGARDING LIENS |
| 04/15/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO ATTORNEY FOR SEWELLS REGARDING ANSWER |
| 04/16/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | RECEIVE AND REVIEW LETTER FROM SEWELLS' ATTORNEY AND ANSWER TO INTERPLEADER |

Date 07/16/04                BARRON & STADFELD, P.C. - Barron & Stadfeld                Page 9
                                       Billing Memorandum
                                          Thru 07/16/04

Client  018002  WASHINGTON MUTUAL BANK SBM TO HOMESIDE     Billing Attorney       0085 JULIE T. MORAN
Matter  002053  INTERPLEADER-6 HARDY ST., FRAMINGHAM       Originating Attorney   0085 JULIE T. MORAN
                (AVIS)                                     Responsible Attorney   0246 RANDY J. SPENCER

**** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
|---|---|---|---|---|---|
| 04/16/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW APPEARANCE FILED FOR MASSACHUSETTS DEPARTMENT OF REVENUE |
| 04/20/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW APPEARANCE/ANSWER OF SEWELLS |
| 04/21/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | REVIEW FILE FOR AVIS QUITCLAIM DEED |
| 04/21/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | FAX AVIS QUITCLAIM DEED TO IRS |
| 04/22/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | RECEIVE AND REVIEW ANSWER OF COMMONWEALTH OF MASSACHUSETTS |
|  | Total For Month | 2.80 |  | 448.00 |  |
| 05/05/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW FAX FROM ATTORNEY COHEN REGARDING STATUS |
| 05/05/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO ATTORNEY COHEN REGARDING STATUS |
| 05/05/04 | 0246 RANDY J. SPENCER | 1.00 | 160 | 160.00 | DRAFT MOTION FOR DEPOSIT INTO COURT AND ATTORNEY'S FEES |
| 05/05/04 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | DRAFT RANDY J. SPENCER'S AFFIDAVIT |
| 05/05/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | PREPARE EXHIBITS FOR REQUEST FOR PRODUCTION OF DOCUMENTS RESPONSES |
| 05/05/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL FROM ATTORNEY COHEN REGARDING DOCUMENTS NEEDED |
| 05/18/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW RETURN OF SERVICE FILED WITH COURT |
| 05/21/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | LETTER TO COURT REGARDING MOTION FOR LEAVE TO DEPOSIT INTO COURT |
| 05/25/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW MOTION TO DEPOSIT FILED WITH COURT |
| 05/26/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW ORDER REMAINING TO FEDERAL COURT |
|  | Total For Month | 2.30 |  | 368.00 |  |

Date 07/16/04

BARRON & STADFELD, P.C. - Barron & Stadfeld
Billing Memorandum
Thru 07/16/04

Page 10

Client  018002  WASHINGTON MUTUAL BANK SBM TO HOMESIDE
Matter  002053  INTERPLEADER-6 HARDY ST., FRAMINGHAM
(AVIS)

Billing Attorney         0085 JULIE T. MORAN
Originating Attorney     0085 JULIE T. MORAN
Responsible Attorney     0246 RANDY J. SPENCER

**** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
|---|---|---|---|---|---|
| 06/03/04 | 0246 RANDY J. SPENCER | 0.50 | 160 | 80.00 | TELEPHONE CALL TO STEVE TURANCHILE REGARDING RULE 67 |
| 06/03/04 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | REVISE/DRAFT FED.R. 67 MOTION FOR DEPOSIT |
| 06/16/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW MASSACHUSETTS DEPARTMENT OF REVENUE DISCLAIMER OF INTEREST |
|  | Total For Month | 0.90 |  | 144.00 |  |
| 07/13/04 | 0246 RANDY J. SPENCER | 0.40 | 160 | 64.00 | TELEPHONE CALL TO ATTORNEY STEVE TURNACKIK (IRS) REGARDING MOTION FOR DEPOSIT AND RULE 7.1 |
| 07/13/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE REGARDING MOTION FOR DEPOSIT |
| 07/13/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO ATTORNEY SILVERMAN (ST. MARY'S) REGARDING MOTION FOR DEPOSIT (RULE 7.1) |
| 07/13/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO ATTORNEY COHEN (SAVAGE) REGARDING MOTION FOR DEPOSIT (RULE 7.1) |
| 07/13/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO ATTORNEY TILDEN (MR PROPERTY MANAGEMENT) REGARDING MOTION FOR DEPOSIT (RULE 7.1) |
| 07/13/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO ATTORNEY MILLARD (SEWELL) REGARDING MOTION FOR DEPOSIT (RULE 7.1) |
| 07/13/04 | 0246 RANDY J. SPENCER | 1.20 | 160 | 192.00 | DRAFT MOTION FOR LEAVE TO MAKE DEPOSIT AND FOR AWARD OF ATTORNEY'S FEES |
| 07/13/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | DRAFT CERTIFICATE OF COMPLIANCE WITH RULE 7.1 |
|  | Total For Month | 2.20 |  | 352.00 |  |
|  | Total Unbilled Time | 11.90 |  | 1,904.00 |  |

Date 07/16/04                     BARRON & STADFELD, P.C. - Barron & Stadfeld                                       Page 11
                                              Billing Memorandum
                                                 Thru 07/16/04

**Client** 018002 WASHINGTON MUTUAL BANK SBM TO HOMESIDE   **Billing Attorney**      0085 JULIE T. MORAN
**Matter** 002053 INTERPLEADER-6 HARDY ST., FRAMINGHAM     **Originating Attorney**  0085 JULIE T. MORAN
                  (AVIS)                                   **Responsible Attorney**  0246 RANDY J. SPENCER

#### **** Attorney Summary ****

| Attorney | Last Diary | Last Entry | Prior Time | Prior Value | Current Time | Current Value | Total Time | Total Value |
|---|---|---|---|---|---|---|---|---|
| 0246 RANDY J. SPENCER | 07/14/04 | 07/13/04 | 9.70 | 1,552.00 | 2.20 | 352.00 | 11.90 | 1,904.00 |
| 002 Associate Totals | | | 9.70 | 1,552.00 | 2.20 | 352.00 | 11.90 | 1,904.00 |
| Totals | | | 9.70 | 1,552.00 | 2.20 | 352.00 | 11.90 | 1,904.00 |

#### **** Unbilled Disbursements ****

| Class | Date | Attorney | Description | Amount |
|---|---|---|---|---|
| 002 COURT COSTS | 03/11/04 | 0246 RJS | Vendor 11124: MIDDLESEX SUPERIOR COURT, CIVIL CLERK, Voucher 60423 FILING FEE | 320.00 |
| | | | 002 COURT COSTS Total | 320.00 |
| 003 CONSTABLE/SHERIFFS FEES | 03/26/04 | 0246 RJS | Vendor 62174: MIDDLESEX DEPUTY SHERIFFS/FRAMINGHAM, Voucher 61531 SERVICE | 50.48 |
| | 03/26/04 | 0246 RJS | Vendor 617588: MIDDLESEX SHERIFF'S OFFICE-FRAMINGHAM, Voucher 61063 SERVICE | 44.78 |
| | 03/26/04 | 0246 RJS | Vendor 617588: MIDDLESEX SHERIFF'S OFFICE-FRAMINGHAM, Voucher 61062 SERVICE | 44.78 |
| | 03/26/04 | 0246 RJS | Vendor 617588: MIDDLESEX SHERIFF'S OFFICE-FRAMINGHAM, Voucher 61065 SERVICE | 44.78 |
| | 03/26/04 | 0246 RJS | Vendor 617588: MIDDLESEX SHERIFF'S OFFICE-FRAMINGHAM, Voucher 61064 SERVICE | 44.78 |
| | 03/26/04 | 0008 TVB | Vendor 62174: MIDDLESEX DEPUTY SHERIFFS/FRAMINGHAM, Voucher 61245 18002-2053 | 49.28 |
| | 04/01/04 | 0246 RJS | Vendor 890042: ESSEX COUNTY SHERIFF'S DEPT. DIV CIVIL PROCESS, Voucher 61535 18002-205-3 | 51.90 |

| Date 07/16/04 | | | BARRON & STADFELD, P.C. - Barron & Stadfeld<br>Billing Memorandum<br>Thru 07/16/04 | Page 12 |
|---|---|---|---|---|

**Client** 018002 WASHINGTON MUTUAL BANK SBM TO HOMESIDE  
**Matter** 002053 INTERPLEADER-6 HARDY ST., FRAMINGHAM (AVIS)

**Billing Attorney** 0085 JULIE T. MORAN  
**Originating Attorney** 0085 JULIE T. MORAN  
**Responsible Attorney** 0246 RANDY J. SPENCER

**\*\*\*\* Unbilled Disbursements \*\*\*\***

| Class | Date | Attorney | Description | Amount |
|---|---|---|---|---|
| 003  CONSTABLE/SHERIFFS FEES | 05/07/04 | 0246 RJS | Vendor 86603: SUFFOLK COUNTY SHERIFF'S DEPT., CIVIL PROCESS DIV, Voucher 62910<br>SERVICE | 39.20 |
| | | | 003  CONSTABLE/SHERIFFS FEES Total | 369.98 |
| 007  PHOTOSTATS | 03/23/04 | | 2926 - 33Copies | 4.95 |
| | 03/29/04 | | 2926 - 29Copies | 4.35 |
| | 04/01/04 | | 2926 - 8Copies | 1.20 |
| | 04/05/04 | | 2926 - 8Copies | 1.20 |
| | 04/06/04 | | 2926 - 8Copies | 1.20 |
| | 05/06/04 | | 2926 - 18Copies | 2.70 |
| | 05/07/04 | | 2926 - 4Copies | 0.60 |
| | 05/07/04 | | 2926 - 134Copies | 20.10 |
| | 05/12/04 | | 2926 - 8Copies | 1.20 |
| | 05/21/04 | | 2926 - 24Copies | 3.60 |
| | 05/21/04 | | 2926 - 84Copies | 12.60 |
| | 06/16/04 | | 2926 - 35Copies | 5.25 |
| | | | 007  PHOTOSTATS Total | 58.95 |
| 010  POSTAGE | 03/11/04 | 0246 RJS | SPENCER | 1.29 |
| | 03/11/04 | 0246 RJS | CLERK | 1.06 |
| | 03/23/04 | 0008 TVB | CERT. MAIL | 4.65 |
| | 03/23/04 | 0246 RJS | SHERIFF | 2.21 |
| | 05/21/04 | 0246 RJS | MIDDLESEX | 1.98 |
| | | | 010  POSTAGE Total | 11.19 |

BARRON & STADFELD, P.C. - Barron & Stadfeld
Billing Memorandum
Thru 07/16/04

Client 018002 WASHINGTON MUTUAL BANK SBM TO HOMESIDE    Billing Attorney        0085 JULIE T. MORAN
Matter 002053 INTERPLEADER-6 HARDY ST., FRAMINGHAM      Originating Attorney    0085 JULIE T. MORAN
         (AVIS)                                         Responsible Attorney    0246 RANDY J. SPENCER

**** Unbilled Disbursements ****

| Class | Date | Attorney | Description | Amount |
|---|---|---|---|---|
| 023 FACSIMILE | 04/01/04 | | 4064 - 6Pages | 1.50 |
| | 04/13/04 | | 4064 - 6Pages | 1.50 |
| | 04/21/04 | | 4064 - 2Pages | 0.50 |
| | 05/06/04 | | 4064 - 18Pages | 4.50 |
| | | | 023 FACSIMILE Total | 8.00 |

Total Unbilled Disbursement                                                                                  768.12

**** Disbursement Summary ****

| Class | Prior | Current | Total |
|---|---|---|---|
| 002 COURT COSTS | 320.00 | | 320.00 |
| 003 CONSTABLE/SHERIFFS FEES | 369.98 | | 369.98 |
| 007 PHOTOSTATS | 58.95 | | 58.95 |
| 010 POSTAGE | 11.19 | | 11.19 |
| 023 FACSIMILE | 8.00 | | 8.00 |
| Totals | 768.12 | | 768.12 |

Total Time                                                                                                  1,904.00
Matter Total                                                                                                2,672.12

Date 07/16/04  BARRON & STADFELD, P.C. - Barron & Stadfeld  Page 14
Billing Memorandum Summary
Thru 07/16/04

**Client** 018002 WASHINGTON MUTUAL BANK SBM TO HOMESIDE  **Billing Attorney** 0085 JULIE T. MORAN
**Matter** 002053 INTERPLEADER-6 HARDY ST., FRAMINGHAM (AVIS)  **Originating Attorney** 0085 JULIE T. MORAN
**Responsible Attorney** 0246 RANDY J. SPENCER

**WASHINGTON MUTUAL BANK, FA**
**7301 BAYMEADOWS WAY**
**JACKSONVILLE, FL 32256**

Date Opened: 03/11/04  Contact: AMANDA HAWK (904) 486-7125
Type of Law: 070 - LITIGATION-HOURLY  Comment:

| Unbilled | | | | Fees | Disb |
|---|---|---|---|---|---|
| Fees | 1,904.00 | | Last entry | 07/13/04 | 06/16/04 |
| Disb | 768.12 | | Billed Thru | / / | / / |
| Total | 2,672.12 | | Last Bill Date | / / | / / |
| Retainer | 0.00 | | Bill Amount | 0.00 | 0.00 |
| Net Unbilled | 2,672.12 | | Last Payment | / / | 0.00 |
| Open A/R | 0.00 | | YTD Billed | 0.00 | 0.00 |
| Total Investment | 2,672.12 | | YTD Paid | 0.00 | 0.00 |
| | | | Total Billed | 0.00 | 0.00 |
| | | | Total Paid | 0.00 | 0.00 |

Matter GL Balance: CTF-IOLTA CITIZENS BANK  24081.88

| Attorney | Time | Value | Disbursement Class | Amount |
|---|---|---|---|---|
| 0246 RANDY J. SPENCER | 11.90 | 1,904.00 | 002 COURT COSTS | 320.00 |
| | | | 003 CONSTABLE/SHERIFFS FEES | 369.98 |
| | | | 007 PHOTOSTATS | 58.95 |
| | | | 010 POSTAGE | 11.19 |
| | | | 023 FACSIMILE | 8.00 |
| Totals | 11.90 | 1,904.00 | Total | 768.12 |

|  | Fees | Disbursements |
|---|---|---|
| Amount to be Billed | | |
| Amount to be Relieved | | |
| Amount to be Anticipated | | |
| Amount to be Applied from Retainer | | |