IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOMESIDE LENDING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  04-11016-JLT |
| vs. ) | |
| ) | |
| PAMELA M. AVIS, ) | |
| RAYMOND F. AVIS, ) | |
| PHILIP D. SEWELL, ) | |
| CONSTANCE SEWELL, ) | |
| SALLY S. SAVAGE, ) | |
| ST. MARY'S CREDIT UNION, ) | |
| MR PROPERTY MANAGEMENT, INC., ) | |
| COMMONWEALTH OF ) | |
| MASSACHUSETTS DEPARTMENT ) | |
| OF REVENUE and ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' DISCLAIMER

The United States of America, through its attorney, disclaims its interest in the surplus funds at issue in this case.  The ground for this disclaimer is that the United States claimed a federal tax lien over one-half of the interpled funds, and St. Mary's Credit Union has a superior claim to that one-half of the fund which will exhaust that one-half of the fund.

/s/ Stephen J. Turanchik

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.   20044
stephen.j.turanchik@usdoj.gov
Telephone: (202) 307-6565

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Disclaimer has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 16th day of December, 2004:

Mark S. Tilden, Esq.
600 Worcester Rd.
Framingham, MA 01702

Randy J. Spencer, Esq.
Baron & Stadfeld, P.C.
50 Staniford Street
Boston, MA 02114

David E. Silverman, Esq.
Silverman & Esposito
8 Malden Street
P.O. Box 245
Oxford, MA 01540

Roland L. Milliard, Esq.
1470 Lakeview Avenue
Dracut, MA 01826

Robert G. Cohen, Esq.
188 Oaks Road
Framingham, MA 01702

/s/ Stephen J. Turanchik
_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565