# ROBERT GERALD COHEN

Attorney at Law
188 Oaks Road, Framingham, MA 01702
Telephone: (508) 875-0035 // Facsimile: (508) 875-0558
Cell: (508) 479-0333
Email: rgcesq@aol.com
Massachusetts BBO# 090340

December 27, 2004

Clerk, U.S. District Court
Moakley Courthouse
Boston, MA 02210

RE:   *Homeside Lending Inc. v. Pamela Avis et als*
CA No.   04-11016-JLT

Dear Sir/Madam:

This case should be scheduled for a status conference.

Thank you.

Very truly yours,

Robert G. Cohen

RGC/pjm

cc:   Sally Savage

cc:   Pamela and Ray Avis

cc:   Maureen T. O'Brien, IRS Associates Area Counsel, 10 Causeway Street
      Room 401, Boston, MA 02222-1081

cc:   Mark S. Tilden, Esq., 600 Worcester Road, Framingham, MA 01702

cc:   Roland L. Millard, Esq., 1470 Lakeview Avenue, Dracut, MA 01826

cc:   Randy J. Spencer, Esq., Baron & Stadfield PC, 50 Staniford Street, Boston, MA 02114

cc:   David E. Silverman, Esq., Silverman & Esposito, 8 Malden St., PO Box 245
      Oxford, MA 01540