UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -9 P 3:47

U.S. DISTRICT COURT
DISTRICT OF MASS.

HOMESIDE LENDING, INC.,
    Plaintiff

v.

PAMELA M. AVIS, RAYMOND F. AVIS, PHILIP D. SEWELL, CONSTANCE SEWELL, SALLY S. SAVAGE, ST. MARY'S CREDIT UNION, MR PRPTY. PROPERTY MANAGEMENT, INC., MASS. DEPT. OF REVENUE, and INTERNAL REVENUE SERVICE,
    Defendants

C.A. No. 04-11016-JLT

MOTION TO ENTER AGREED UPON JUDGMENT

    Now come the remaining parties in the above-entitled matter and move this Honorable Court to enter a judgment concerning the distribution of the proceeds at issue, as follows: fifty (50%) per cent to defendants, Philip Sewell and Constance Sewell; twenty five (25%) per cent to defendant, St. Mary's Credit Union; twelve and one-half (12.50%) per cent to defendant, Sally Savage; and, twelve and one-half (12.50%) per cent to defendant, MR Property Management, Inc.

PHILIP SEWELL and
CONSTANCE SEWELL
By their attorney,

_____
Roland L. Milliard
1470 Lakeview Avenue, Suite #5
Dracut, Massachusetts 01826
(978) 957-6799
BBO # 559361

ST. MARY'S CREDIT UNION
By its attorney,

_____
David E. Silverman
**SILVERMAN & ESPOSITO**
264 Main Street, P.O. Box 245
Oxford, Massachusetts 01540
(508) 987-2707
BBO #548551

SALLY S. SAVAGE
By her attorney,

_____
Robert G. Cohen
188 Oaks Road
Framingham, Massachusetts 01702
(508) 875-0035
BBO # 090340

MR PROPERTY MANAGEMENT, INC.
By its attorney,

_____
Mark S. Tilden
600 Worcester Road
Framingham, Massachusetts 01702
(508) 626-1500
BBO#

By facsimile / telephonic consent