UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOMESIDE LENDING, INC., Plaintiff | } |
| | } |
| v. | } |
| | } |
| PAMELA M. AVIS, RAYMOND F. AVIS, PHILIP D. SEWALL, CONSTANCE SEWALL, SALLY S. SAVAGE, ST. MARY'S CREDIT UNION, MR PROPERTY MANAGEMENT, INC., COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE and THE INTERNAL REVENUE SERVICE, Defendants | } CA NO. 04-11016-JLT } } } } } } } |

### MOTION TO DEFAULT DEFENDANTS PAMELA M. AVIS and RAYMOND F. AVIS

Now come the remaining undersigned parties in the above-entitled matter and move this Honorable Court to default defendants Pamela M. Avis and Raymond F. Avis on account of their failure to timely file and serve a responsive pleading.

PHILIP SEWELL and
CONSTANCE SEWELL
By their attorney

*[signature: Roland Milliard by RLC w/ permission]*

Roland L. Milliard, Esq.
1470 Lakeview Avenue Suite #5
Dracut, Massachusetts 01826
BBO #

ST. MARY'S CREDIT UNION
By its attorney

*[signature]*

David E. Silverman
Silverman & Esposito
264 Main Street PO Box 245
Oxford, MA 01540
BBO #548551
(508) 987-2707

SALLY S. SAVAGE
By her attorney

*[signature]*

Robert G. Cohen BBO #090340
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

MR. PROPERTY MANAGEMENT INC.
By its attorney

*[signature]*

Mark S. Tilden
600 Worcester Road
Framingham, MA 01702
BBO # 548165
(508) 626-1500