UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Homeside Lending, Inc.** <br> **Plaintiff** <br><br> V. <br><br> **Pamela M. Avis, et al** <br> **Defendant** | **CIVIL ACTION** <br><br> NO.  **04cv11016 JLT** |

## NOTICE OF DEFAULT

Upon application of the remaining Defendants,  **Philip D. Sewall, et al**  for an order of Default for failure of the Defendants,  **Pamela M. Avis and Raymond F. Avis**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  **4th**  day of  **April, 2005** .

        SARAH A. THORNTON
        CLERK OF COURT


By:   **/s/ Kimberly M. Abaid**
      **Deputy Clerk**

Notice mailed to:
All Counsel


(Default Notice.wpd - 3/7/2005)