UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 04CV11016 JLT

| | |
|---|---|
| HOMESIDE LENDING, INC., Plaintiff | } |
| | } |
| v. | } |
| | } |
| PAMELA M. AVIS, ET AL, Defendant | } |

### MOTION FOR ENTRY OF DEFAULT JUDGMENT

The remaining defendants move the court for an order entering default judgment against Pamela Avis and Raymond Avis pursuant to FRCP 55(b).

Respectfully submitted

*/s/ Robert G. Cohen*

Robert G. Cohen BBO #090340
On behalf of all remaining defendants
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

April 11, 2005

# ROBERT GERALD COHEN

Attorney at Law
188 Oaks Road, Framingham, MA 01702
Telephone: (508) 875-0035 // Facsimile: (508) 875-0558
Cell: (508) 479-0333
Email: rgcesq@aol.com
Massachusetts BBO# 090340

April 11, 2005

Clerk, U.S. District Court
Moakley Courthouse
Boston, MA 02210

RE: *Homeside Lending Inc. v. Pamela Avis et als*
CA No. 04-11016-JLT

Dear Sir/Madam:

Please file and docket and allow the enclosed motions:

■ Motion for Default Judgment

Thank you.

Very truly yours,

Robert G. Cohen

RGC/pjm
Enc.

cc: Sally Savage

cc: Pamela & Ray Avis

cc: Mark S. Tilden, Esq., 60 Worcester Rd., Framingham, MA 01702

cc: Roland L. Millard, Esq., 1470 Lakeview Ave., Dracut, MA 01826

cc: Randy J. Spencer, Esq., Baron & Stadfield PC, 50 Staniford St., Boston, MA 02114

cc: David E. Silverman, Esq., Silverman & Esposito, 8 Malden Street, PO Box 245, Oxford, MA 01540

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 04CV11016 JLT

| | |
|---|---|
| HOMESIDE LENDING, INC., Plaintiff | } |
| | } |
| v. | } |
| | } |
| PAMELA M. AVIS, ET AL, Defendant | } |

### FORM OF DEFAULT JUDGMENT

_____, D.J.

Defendants Raymond Avis and Pamela Avis having failed to plead or otherwise defend in this action and its default having been entered,

Now upon the application of the remaining defendants and affidavits demonstrating that defendants owe the remaining defendants the sum of money set forth in the Motion to Enter Agreed Upon Judgment filed on March 8, 2005 that defendants are not an infant(s) or incompetent person(s) or in the military service of the United States,.

It is hereby ORDERED, ADJUDGED and DECREED that the remaining defendants recover from defendants Avis the amounts set forth in the schedule hereto annexed. It is further ORDERED ADJUDGED and DECREED that the Clerks shall forthwith pay said amounts to the persons entitled thereto from funds on deposit with the Court.

By the Court,

_____
Deputy Clerk

Dated:



# CERTIFICATE OF SERVICE

I, __Robert G Cohen__, defendant/plaintiff in the above entitled action, hereby certify that I have notified defendant/plaintiff of the filing of the above Motion by hand delivering/mailing a copy thereof, postage-pre-paid on: __April 11, 2005__

to: __All parties of record__
  (Name of party or attorney and address)

thereby giving to said defendant/plaintiff notice ~~of hearing on~~ the above motion ~~on~~.

~~(Day)   (Date)   (Time)   (Location)~~

_____
(Signature of party filing motion)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 04CV11016 JLT

| HOMESIDE LENDING, INC., Plaintiff | }<br>} |
|---|---|
| v. | }<br>} |
| PAMELA M. AVIS, ET AL, Defendant | }<br>}<br>} |

### REQUEST FOR DEFAULT JUDGMENT
### (Pursuant to Rule 55(b)(1))

The undersigned requests that judgment enter against the defendant(s) Raymond Avis and Pamela Avis in the amount set forth in Schedule A hereto attached without costs or interest and makes affidavit that:

1. That the defendant(s) are not an infant(s) or incompetent person(s);

2. That the defendant(s) are not in the military service of the United States or its Allies, as defined in the Soldiers' and Sailor's Relief Act of 1940, as amended but are at present husband and wife both presently residing at 135 Spyglass Hill Road, Ashland, MA 01721.

Subscribed this 11th day of April, 2005.

_____
Robert G. Cohen BBO #090340
On behalf of all remaining defendants
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 04CV11016 JLT

| | |
|---|---|
| HOMESIDE LENDING, INC., Plaintiff | } |
| v. | } |
| PAMELA M. AVIS, ET AL, Defendant | } |

## SCHEDULE OF PAYMENTS TO BE MADE UPON ENTRY OF DEFAULT JUDGMENT

| | | | |
|---|---|---|---|
| 1. | Funds deposited with the Court Pursuant To Court Order dated August 4, 2004 | | $ 20,809.76 |
| 2. | Disbursements Agreed Upon | | |
| | (a) | Roland A. Millard, Attorney for Philip Sewell and Constance Sewell | $ 10,404.88 |
| | (b) | David E. Silverman, Attorney for St. Mary's Credit Union | $ 5,202.44 |
| | (c) | Robert G. Cohen, Attorney for Sally Savage | $ 2,601.22 |
| | (d) | Mark Tilden, Attorney for MR Property Management | $ 2,602.22 |
| | | Total Disbursements | $ 20,809.76 |

Submitted
On behalf of all remaining defendants

*/s/ Robert G. Cohen*

Robert G. Cohen BBO #090340
On behalf of all remaining defendants
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

April 11, 2005