UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 04CV11016 JLT

HOMESIDE LENDING, INC., Plaintiff       }
                                        }
v.                                      }
                                        }
PAMELA M. AVIS, ET AL, Defendant        }
                                        }

## FORM OF DEFAULT JUDGMENT

___TAURO___, D.J.

Defendants Raymond Avis and Pamela Avis having failed to plead or otherwise defend in this action and its default having been entered,

Now upon the application of the remaining defendants and affidavits demonstrating that defendants owe the remaining defendants the sum of money set forth in the Motion to Enter Agreed Upon Judgment filed on March 8, 2005 that defendants are not an infant(s) or incompetent person(s) or in the military service of the United States,.

It is hereby ORDERED, ADJUDGED and DECREED that the remaining defendants recover from defendants Avis the amounts set forth in the schedule hereto annexed. It is further ORDERED ADJUDGED and DECREED that the Clerks shall forthwith pay said amounts to the persons entitled thereto from funds on deposit with the Court.

By the Court,

/s/ Tauro D.J.

~~Deputy Clerk~~    5/4/05

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 04CV11016 JLT

| | |
|---|---|
| HOMESIDE LENDING, INC., Plaintiff | } |
| v. | } |
| PAMELA M. AVIS, ET AL, Defendant | } |

### SCHEDULE OF PAYMENTS TO BE MADE UPON ENTRY OF DEFAULT JUDGMENT

1. Funds deposited with the Court Pursuant
   To Court Order dated August 4, 2004                     $ 20,809.76

2. Disbursements Agreed Upon

   (a) Roland A. Millard, Attorney for
       Philip Sewell and Constance Sewell                  $ 10,404.88

   (b) David E. Silverman, Attorney for
       St. Mary's Credit Union                             $ 5,202.44

   (c) Robert G. Cohen, Attorney for
       Sally Savage                                        $ 2,601.22

   (d) Mark Tilden, Attorney for
       MR Property Management                              $ 2,602.22

       Total Disbursements                                 $ 20,809.76

Submitted
On behalf of all remaining defendants

_____
Robert G. Cohen BBO #090340
On behalf of all remaining defendants
188 Oaks Road
Framingham, MA 01702
(508) 875-0035

April 11, 2005